840 A.2d 990

Thomas P. SWEENEY, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE**
and Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Dec. 3, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.